In the matter of the estate of JOHN J. JONES, deceased.

[Argued March 12th, 1908. Decided June 15th, 1908.]

On appeal from a decree of the prerogative court advised by Vice-Ordinary Bergen, whose opinion is reported in *73 N. J. Eq. (3 Buch.) 353.*

*Mr. Robert H. McCarter,* attorney-general, and *Mr. William R. Barricklo,* for J. Willard Morgan, comptroller, appellant.

*Messrs. Collins & Corbin,* for the respondents.

PER CURIAM.

The decree under review herein should be affirmed, for the reasons expressed in the opinion of Vice-Ordinary Bergen.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL —15.

*For reversal*—None.